FILED

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

2  Name CROSBY      Burgess      R.
         (Last)        (First)      (Initial)

3  Prisoner Number 96766-011

4  Institutional Address 111 Taylor St. San Francisco, Calif 94102

5  Telephone: (415) 346-9769 (Cornell Corrections, Inc.

6  ==========================================================

       UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA

8  Burgess Raymond Crosby            )
   (Enter the full name of plaintiff in this action.)  )   CV 08   3048
9                                    )
                  vs.                )   Case No. _____
10                                   )   (To be provided by the clerk of court)
    USA                              )
11  _____  )   PETITION FOR A WRIT
                                     )   OF HABEAS CORPUS
12  _____  )
                                     )
13  _____  )
                                     )
14  (Enter the full name of respondent(s) or jailor in this action)  )
    _____  )
15

16  ==========================================================
                    Read Comments Carefully Before Filling In

17  When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS         - 1 -          28 USC 2241

1 <u>Who to Name as Respondent</u>

2    You must name the person in whose actual custody you are. This usually means the Warden or
3 jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 respondents.
6    If you are not presently in custody pursuant to the state judgment against which you seek relief
7 but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11    1. What sentence are you challenging in this petition?

12    (a)   Name and location of court that imposed sentence (for example; Alameda
13          County Superior Court, Oakland): U.S. DISTRICT COURT    450 Golden Gate Ave.
14          NORTHERN DISTRICT * California    S.F. Calif 94102

15          Court                                Location

16    (b)   Case number, if known  CR-01-6423-15-MJJ

17    (c)   Date and terms of sentence  6/23/05  8 yrs. w/ 1 yr. Sup. Release

18    (d)   Are you now in custody serving this term? (Custody means being in jail, on
19          parole or probation, etc.)   Yes ✓    No _____

20    Where?
              Cornell Corrections, Inc.
21    Name of Institution: (Half-way House)

22    Address: 111 Taylor St. San Francisco, CA. 94102

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 21 USC 843(b) (Two Counts)
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -           28 USC 2241

| | | | | |
|---|---|---|---|---|
| 1 | 3. Did you have any of the following? | | | |
| 2 | Arraignment: | Yes ✓ | No ____ | |
| 3 | Preliminary Hearing: | Yes ✓ | No ____ | |
| 4 | Motion to Suppress: | Yes ____ | No ____ | |
| 5 | 4. How did you plead? | | | |
| 6 | Guilty ✓   Not Guilty ____   Nolo Contendere ____ | | | |
| 7 | Any other plea (specify) _____ | | | |
| 8 | 5. If you went to trial, what kind of trial did you have?   N/A | | | |
| 9 | Jury ____   Judge alone ____   Judge alone on a transcript ____ | | | |
| 10 | 6. Did you testify at your trial? | Yes ____ | No N/A | |
| 11 | 7. Did you have an attorney at the following proceedings: | | | |
| 12 | (a) Arraignment | Yes ✓ | No ____ | |
| 13 | (b) Preliminary hearing | Yes ✓ | No ____ | |
| 14 | (c) Time of plea | Yes ✓ | No ____ | |
| 15 | (d) Trial | Yes ____ | No ____ | |
| 16 | (e) Sentencing | Yes ✓ | No ____ | |
| 17 | (f) Appeal | Yes ____ | No ✓ | |
| 18 | (g) Other post-conviction proceeding | Yes ____ | No ____ | |
| 19 | 8. Did you appeal your conviction? | Yes ____ | No ____ | |
| 20 | (a) If you did, to what court(s) did you appeal? | | | |
| 21 | Court of Appeal | Yes ____ | No ✓ | |
| 22 | Year: _____   Result: _____ | | | |
| 23 | Supreme Court of California | Yes ____ | No ✓ | |
| 24 | Year: _____   Result: _____ | | | |
| 25 | Any other court | Yes ____ | No ✓ | |
| 26 | Year: _____   Result: N/A | | | |
| 27 | | | | |
| 28 | (b) If you appealed, were the grounds the same as those that you are raising in this | | | |

PET. FOR WRIT OF HAB. CORPUS     - 3 -     28 USC 2241

|   |     |                                                                                              |
|---|-----|----------------------------------------------------------------------------------------------|
| 1 |     | petition?                                       Yes _____   No ✓                             |
| 2 | (c) | Was there an opinion?                           Yes _____   No ✓                             |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                              |
| 4 |     |                                                 Yes _____   No ✓                             |

If you did, give the name of the court and the result:

_____N/A_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?         Yes _____   No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.  Name of Court: _____N/A_____

Type of Proceeding: _____N/A_____

Grounds raised (Be brief but specific):

a. _____N/A_____

b. _____N/A_____

c. _____N/A_____

d. _____N/A_____

Result: _____N/A_____ Date of Result: __N/A____

II. Name of Court: _____N/A_____

Type of Proceeding: _____N/A_____

Grounds raised (Be brief but specific):

28 USC 2241

PET. FOR WRIT OF HAB. CORPUS          - 4 -

| | | |
|---|---|---|
|1| |a. N/A|
|2| |b.|
|3| |c.|
|4| |d.|
|5| |Result: N/A                          Date of Result: N/A|
|6|III.|Name of Court: N/A|
|7| |Type of Proceeding: N/A|
|8| |Grounds raised (Be brief but specific):|
|9| |a. N/A|
|10| |b. N/A|
|11| |c. N/A|
|12| |d. N/A|
|13| |Result: N/A                          Date of Result: N/A|
|14|IV.|Name of Court: N/A|
|15| |Type of Proceeding: N/A|
|16| |Grounds raised (Be brief but specific):|
|17| |a. N/A|
|18| |b. N/A|
|19| |c. N/A|
|20| |d. N/A|
|21| |Result: N/A                          Date of Result: N/A|

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                         Yes ____   No ✓

24          Name and location of court: N/A

25  B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS            - 5 -            28 USC 2241

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Lack of Subject Matter Jurisdiction; there was no implementing regulation in the indictment

Supporting Facts: The indictment had no implementing regulation included. An individual cannot be prosecuted for any violation of the Act unless he violates the required implementing regulation. As such, government failed to prove subject matter jurisdiction. US v. Murphy, 809 F.2d 1427 (9th Cir. 1987) (see attached Memo of Law)

Claim Two: ___

Supporting Facts: ___

Claim Three: ___

Supporting Facts: ___

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

___

PET. FOR WRIT OF HAB. CORPUS     - 6 -     28 USC 2241

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   _____See ATTATCHED Memo of Law_____
5   _____
6   _____

7   Do you have an attorney for this petition?     Yes____     No ✓
8   If you do, give the name and address of your attorney:
9   _____N/A (Pro Se)_____

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13   Executed on __6/23/08__         _Burgess Raymond Crosby_
14              Date                    Signature of Petitioner

20   (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS      - 7 -        28 USC 2241

Burgess Raymond Crosby
Reg. 96766-011
111 Taylor Street
San Francisco, CA 94102
Phone: (415) 346-9769

Petitioner, Pro se.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGESS RAYMOND CROSBY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | CASE NO: _____ <br><br> PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. 2241; DECLARATION OF BURGESS RAYMOND CROSBY. |

Comes Now, Burgess Raymond Crosby, Pro se, and moves the Court for issuance of a writ of habeas corpus. <u>Hughs v. Rowe</u>, 404 U.S. 5 (1980). Accord, <u>Nadrid v. Stewart</u>, 354 F.3d 1134, 1140, n. 4 (9th Cir. 2004). Petitioner is being held in custody in violation of the First, Fourth and Fifth Amendments of the U.S. Constitution as guaranteed by virtue of an order entered by a Court without subject matter jurisdiction.

JURISDICTION

The jurisdiction of the Court is invoked pursuant to 28 U.S.C. 2241. It is additionally submitted that three (3) factors support Petitioner's application for issuance of the writ, e.g. more fully referenced, infra, in the following subparts of the case, at bench:

1

(A) Petitioner is being held at a Community Correctional Facility in the geographical area of the United States District Court for the Northern District of California;

(B) The Judiciary Act of 1867, as noted in *Fay v. Noia*, 372 U.S. 391, 9 L.Ed.2d 837, 83 S.Ct. 822 (1963), and *Bell v. Hill*, 190 F.3d 1089 (9th Cir. 1999); and

(C) Article I, Section 9, Clause 2 of the U.S. Constitution.

## FACTS AND CLAIMS

The Petitioner was indicted in the United States District Court for the Northern District of California in the case of *United States v. Burgess*, No. CR-01-0423-15-MJJ (USDC, ND, 2001). The District Court does not have any proof of subject matter jurisdiction that could have affirmatively supported jurisdiction upon its record. Since the record fails to contain the relevant subject matter jurisdiction, the court lacks all jurisdiction. See *Bender v. Williamsport Area School District*, 475 U.S. 546 (1986). Because of the habeas corpus challenging the jurisdiction of Case No. CR-01-0423-15-MJJ, the Respondent, United States of America, is required now to prove that the Court had Jurisdiction. See *Thomas v. Gaskill*, 315 U.S. 442, 475 (1945). Moreover, the Officers of the Court, that were attached to the criminal proceedings in the instant case, knew that the court lacked the requisite subject matter jurisdiction and remained silent regarding the fact that the government never documented the subject matter jurisdiction. The Judgment of the Court is, therefore, unconstitutional and the writ of habeas corpus must issue commanding release, forthwith. That this is based upon the fact that the indictment, original charging

2

instrument, is required to set forth the nexus of jurisdiction for the court.

We find that the United States District Court for the Northern District of California proceeded wholly without the requisite subject-matter jurisdiction from the onset of the case, to the completion of the proceedings, in contravention of the dictates of the Constitution. Even if Petitioner entered a guilty plea that waived all constitutional defects, his plea did not confer the court with the prerequisite jurisdiction. In *United States v. Ventre*, 338 F.3d 1047 (9th Cir. 1991), the Ninth Circuit stated:

> "...no action of the parties can confer subject-matter jurisdiction upon a federal court. The validity of any order of a federal court depends on the court having jurisdiction over both the subject matter and parties."

Id. (Quoting) *Insurance Corp.*, 465 S.Ct. at 701, (held in) *Constantine v. Rectors, George Mason University,* 411 F.3d 474, 480 (4th Cir. 2005). The lack of jurisdiction of a court, additionally, renders a judgment devoid of any validity, equating to a missing element and, as such, is subject to the provisions of 28 U.S.C. 2241. See, e.g. *Davis v. Crabtree*, 10 F.Supp.2d 1136 (USDC, D.OR., 1998)(quoting) *Triestman v. United States*, 124 F.3d 361. See also *In re Dorsainvil*, 119 F.3d 245, 251 (3rd Cir. 1997); *Maybeck v. United States*, 23 F.3d 888 (4th Cir. 1997).

The certainty is that absent subject-matter jurisdiction, a case of actual innocence is presented. With that stated, the habeas corpus must be granted. Petitioner is entitled to relief under section 2241 because of the inadequate and ineffectiveness of 28 U.S.C. 2255 provisions. Lack of jurisdiction constitutes lack of all of a court's jurisdiction.

3

## CONCLUSION

For the foregoing reasons, the writ of habeas corpus must be issued, commanding Petitioner's release from custody, forthwith.

Dated this 23 day of June, 2008.


Respectfully submitted,


Burgess Raymond Crosby
Reg. 96766-011
111 Taylor Street
San Francisco, CA 94102
(415) 346-9769

Petitioner, Pro se.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he did personally deliver by hand the forgoing Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241, by handing it to an agent or the proper party at the following address:

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
(original plus two)

United States Attorney's Office
U.S. Attorney
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(One copy)

all on this 23 day of June, 2008, and declare that the foregoing is true and correct under the penalty of perjury per 28 U.S.C. 1746.

BURGESS RAYMOND CROSBY
111 Taylor Street
San Francisco, CA 94102

Petitioner, Pro se.

5

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

C08-3048 PJH

E-filing

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
BURGESS RAYMOND CROSBY

### DEFENDANTS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
SAN FRANCISCO

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
BURGESS RAYMOND CROSBY
Reg. # 96766-011
111 TAYLOR STREET
SAN FRANCISCO, California 94102 (PRO SE)

Attorneys (If Known) U.S. ATTORNEYS OFFICE
450 Golden Gate Ave. (Federal Bldg.)
SAN FRANCISCO, California 94102

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument |  |  | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | 640 R.R. & Truck | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / PERSONAL PROPERTY | 650 Airline Regs. | 840 Trademark | 480 Consumer Credit |
|  | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health |  | 490 Cable/Sat TV |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other |  | 810 Selective Service |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 850 Securities/Commodities/ Exchange |
| 190 Other Contract |  | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | 360 Other Personal Injury / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 890 Other Statutory Actions |
| 196 Franchise | PRISONER PETITIONS | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | 740 Railway Labor Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
|  | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 442 Employment / Habeas Corpus: | 791 Empl. Ret. Inc. Security Act |  | 894 Energy Allocation Act |
| 220 Foreclosure | 443 Housing/ Accommodations / [X] 530 General |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 444 Welfare / 535 Death Penalty |  | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | IMMIGRATION |  |  |
| 245 Tort Product Liability |  | 462 Naturalization Application | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | 463 Habeas Corpus - Alien Detainee |  |  |
|  | 440 Other Civil Rights / 555 Prison Condition | 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 2241
Brief description of cause: USA lack of Jurisdiction in CR-01-0423-15-MJJ

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
N/A
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE 6/23/08
SIGNATURE OF ATTORNEY OF RECORD
Burgess Raymond Crosby pro se

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020456
Cashier ID: sprinka
Transaction Date: 06/23/2008
Payer Name: BURGESS CROSBY
------------------------------------
WRIT OF HABEAS CORPUS
 For: BURGESS CROSBY
 Amount:         $5.00
------------------------------------
CASH
 Amt Tendered: $5.00
------------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

08-3048PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```