UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURGESS RAYMOND CROSBY,

        Petitioner,                  No. C 08-3048 PJH (PR)

  vs.                                        **JUDGMENT**

USA,

        Respondent.
_____/

      Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of his petition.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: July 31, 2008.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\HC.08\CROSBY3048.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BURGESS R. CROSBY,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV08-03048 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Burgess Raymond Crosby 96766-011
Cornell Corrections, Inc.
111 Taylor Street
San Francisco, CA 94102

Dated: July 31, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk